**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEA SALA, *et al.*,                    )
                                        )
                    Plaintiffs,         )
                                        )
        vs.                             )        Civil Action No. 3:25-156
                                        )        Judge Stephanie L. Haines
SOMERSET COUNTY CHILDREN AND            )
YOUTH SERVICES, *et al.*,               )
                                        )
                    Defendants.         )

## MEMORANDUM ORDER

Plaintiffs' Complaint lodges multiple allegations and claims pertaining to ongoing state court proceedings, including custody and protection from abuse ("PFA") proceedings. (*See* ECF No. 1). Currently pending before the Court is Plaintiffs' Motion for a Stay Under Federal Rule of Civil Procedure 62 ("Motion to Stay"), (ECF No. 3), in which Plaintiffs ask this Court to stay the relevant state court proceedings, including a PFA evidentiary hearing scheduled for tomorrow, May 29, 2025, pending the outcome of this lawsuit. (*Id.* at 2–3). Plaintiffs have also requested injunctive relief in this matter. (ECF No. 1 at 19).[1]

With respect to Plaintiffs' request for a stay under Rule 62, entitled "Stay of Proceedings to Enforce a Judgment[,]" they have not articulated which provision of that Rule applies at this time in this case. (ECF No. 3). Especially in the absence of any such argument by Plaintiffs, the Court cannot find any provision of that Rule that does apply. Fed. R. Civ. P. 62. Therefore, the Court denies Plaintiffs' Motion to Stay at ECF No. 3.

---

[1] The Court cannot discern whether Plaintiffs are currently requesting injunctive relief. However, in light of their time-sensitive Motion to Stay, the Court considers the propriety of injunctive relief at this time.

With respect to injunctive relief relative to the ongoing state court proceedings, the Court finds that such requests are barred by *Younger* abstention principles. *Wattie-Bey v. A.G.'s Office*, 424 F. App'x 95, 96–97 (3d Cir. 2011) (articulating the elements that make *Younger* abstention appropriate and applying that doctrine to claims "for prospective injunctive and declaratory relief based on alleged violations of [] constitutional rights in [] ongoing state court proceedings"); *Rose v. Cty. of Lehigh*, No. A. 01-CV-13, 2001 WL 1085044, at *3 (E.D. Pa. Sept. 14, 2001) (applying *Younger* abstention to "ongoing state judicial proceedings involving custody, visitation, and a claim of physical abuse"). Accordingly, insofar as Plaintiffs are presently requesting injunctive relief, the Court denies that request.

Therefore, the Court enters the following order:

### ORDER OF COURT

AND NOW, this ___28th___ day of May, 2025, IT IS ORDERED that Plaintiffs' Motion at ECF No. 3 is DENIED for the reasons set forth in the foregoing Memorandum Order.

IT IS FURTHER ORDERED that, insofar as Plaintiffs' currently request injunctive relief relative to ongoing state court proceedings, that request is DENIED for the reasons set forth in the foregoing Memorandum Order.

Stephanie L. Haines
United States District Judge